VAN–RAD CONTRACTING CO., INC. v.
ACTION BUILDERS CO., INC.

April 10, 1984.

Petition for certification denied.

BRUNO SALVATORE v. WAYNE K. THOMAS.

April 10, 1984.

Petition for certification denied.

JOSEPH STUPAR v. SAUL N. ISRAEL.

April 10, 1984.

Petition for certification denied.

JOHN STEINEL v. CITY OF JERSEY CITY.

April 10, 1984.

Petition for certification granted. (See 193 *N.J.Super.* 629)